# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
FEB 18 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Rah-Shain S. Cherry
_____,
[You are the PLAINTIFF, print your full name on this line.]

v.

Indiana Dept. of Correction
~~IDOC~~
_____,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1 : 22 CV 057
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Indiana Dept of Corrections ~~IDOC~~ | ~~302 W 850 South Bunker Hill IN 46914~~ 302 W. Washington St Indianapolis IN 46204 |
| 2 | [Put the names of any other defendants in these boxes.] Robert Carter JR com | 302 W. Washington St. Indianapolis IN 46204 Commissioner |
| 3 | Richard Brown asst com | Assistant Commissioner 302 W. Washington St. Indianapolis IN 46204 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? Miami Correctional Facility 3038 West 850 South Bunker Hill INDIANA 46914 (ACH-241)

3. Did the event you are suing about happen there? ☑ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? 11-23-2021 - Present Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims And Facts

(1) I Have Attempted on 2 seperate occasions to communicate with the Defendant (Robert Carter JR) and Never Recieve any letters regarding to my letters to Him Therefore the Defendant (Robert Carter JR) is Allowing the cruel & unusual treatment the (IDOC) is inflicting upon me to go on. I Have Been assigned to A-Dorm 24 where The (IDOC) Don't Allow me any Heat And I Have a damage window where the elements from the cold weather outside makes it extremely cold I Have Notified the (IDOC) staff about the Damaged window on Numerous occasions and I'm still living in this Harshly cold environment] The (IDOC) Do not Answer my Emergency Button] The (IDOC) Don't Allow me sanitation supplies to Clean my cell] The (IDOC) Has Not Allowed me proper hygiene Items Toothbrush, shampoo, lotion etc To Take care of my personal Hygiene] The (IDOC) gives me shorter Rations of food than general population and doesn't allow me to order commissary and (IDOC) still Doesn't serve the 3 Hot meals Expected at all] The (IDOC) Doesn't Allow me my 1 hr Full body fresh air Recreation entitled to me by law] (IDOC) denies me psychological treatment, medical treatment and doesn't answer any of my Request Forms asking of such] The (IDOC) Doesn't Clean the living area dayroom and Allows Flooded Toilet water filled with Feces & urine to Be swept into the shower area and don't remove waste until I personally pick it up so I don't Have to shower in Fece infested shower] (IDOC) don't Do their 30 min security well Being checks on inmates and ignore me when I try to get their attention For a Request or for medical Reasons] The (IDOC) Also Have placed a padlock Device on the outside of my cell door Completely locking me in the cell creating a crazed environment] (IDOC) Denies me access to Law library my legal mail or legal materials to present motions] The (IDOC) Also throws my food on the floor & I don't get up Fast enough For them the don't replace the wasted food Item denying me a Adequate meal for the day or I would Have to eat food off floor] All of these Are a violation of my 8th amendment] I Have Been enduring all these cruel acts since (11/23/21) and Am still enduring such unfair & cruel treatments from (IDOC).

(2) I Have Also written Defendant (Richard Brown) to inform Him of the Acts of inhumane treat I Have Been Recieving And He Has Failed to Reply or Correct the Issues His Codefendants (Robert Carter JR) & (IDOC) Has allow to Happen to me

5. When did this event happen?
    ○ Before I was confined.
    ○ While I was confined awaiting trial.
    ✓ After I was convicted while confined serving the sentence.
    ○ Other: _____

6. Have you ever sued anyone for this exact same event?
    ✓ No.
    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    ○ No, this event is not grievable at this prison or jail.
    ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
    ✓ Yes, this event was grievable, but I did not file a grievance because Due to me Being on A Restricted doem and the prison Being on lockdown due to Covid-19 3 my grievance process was violated and Hasn't Been Answered or was never turned in to proper staff

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
    Pay settlement of $700,000 for pain 3 suffering's for mental and physical stress & cruel and unusual punishment

[Initial Each Statement]
   RC  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   RC  I will keep a copy of this complaint for my records.
   RC  I will promptly notify the court of any change of address.
   RC  I WILL NOT send more than one copy of any filing to the court.
   RC  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   RC  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __1__/__24__/20 _22_ at _11:00_ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Rah-Sha'n S. Cherry                                              200722
Signature                                                        Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]