UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RAH-SHAN S. CHERRY, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:22-CV-57-DRL-SLC |
| INDIANA DEPT OF CORRECTIONS, et al., | |
| Defendants. | |

ORDER

Rah-Shan S. Cherry, a prisoner without a lawyer, filed this case in the Fort Wayne Division raising claims based on events which occurred in Miami Correctional Facility which is located within the geographical boundaries of the South Bend Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED. Entered this 22nd day of February 2022.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge